AO 442 (Rev 11/11) Arrest Warrant

EG

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| Matthew N. KRONK | ) Case No. 2:22-mj-279 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Matthew N. KRONK**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of 18 USC §§ 922(g)(1) and 924(a)(2)

Date: April 21, 2022

City and state: COLUMBUS, OHIO

Kimberly A. Jolson
United States Magistrate Judge

### Return

This warrant was received on *(date)* 5/03/2022, and the person was arrested on *(date)* 5/05/2022
at *(city and state)* Baltimore, MD.

Date: 5/03/2022

*Arresting officer's signature*

Kenneth Dunckel DUSM
*Printed name and title*